**UNITED STATES FIDELITY AND GUARANTY COMPANY et al.**

No. 50340.

Feb. 27, 1970.

In re: Hollis Tuggle, Sr. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 228 So.2d 671.

Writ refused. Only a factual question is involved. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SUMMERS, J., is of the opinion the writ should be granted.

231 So.2d 392

**Joseph S. RUSSO**

v.

**Walter D. KELLY, Thomas M. Brahney, III, David L. Herman, Harry Herman, Herman & Herman, partnership, and Regina Ortolano Sciortino.**

No. 50341.

Feb. 27, 1970.

In re: Joseph S. Russo applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 228 So.2d 736.

Writ denied. We find no error of law in the ruling complained of.

SANDERS, J., is of the opinion a writ should be granted. Under the exceptional

circumstances of this case, he is of the opinion that the case should be remanded to the district court to receive evidence as to the date of delivery of the Court decision.